FILED
2017 Feb-03 PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ) WATERSIDE PROPERTIES, LLC ) and PAUL H. ROBINSON, JR., ) ) Defendants. ) | CIVIL ACTION FILE NO.: 1:15-cv-02051-CC |

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: *February 29, 2016*

By: _____ Deputy Clerk
James N. Hatten, Clerk of Court

JAN 23 2017

## DEFAULT JUDGMENT

Plaintiff Branch Banking & Trust Company ("BB&T") filed a Verified Complaint for Damages for Breach of Contract on June 8, 2015, seeking entry of a judgment against Defendants Waterside Properties, LLC ("Waterside Properties") and Paul H. Robinson, Jr. ("Robinson"), jointly and severally, in the total amount of $1,147,817.95, which includes $845,754.74 in unpaid principal, interest and fees and $302,063.21 in attorneys' fees, plus post-judgment interest at the legal rate. Defendant Waterside Properties was served with process on June 10, 2015. Defendant Robinson waived service of process on November 9, 2015.

Defendants Waterside and Robinson having failed to plead or otherwise defend this action, and default having been duly entered, it is hereby:

ORDERED AND ADJUDGED that a default judgment be entered in favor of Plaintiff BB&T and against Defendants Waterside Properties and Robinson, jointly and severally, in the amount of $1,147,817.95, which represents unpaid principal, interest, and attorneys' fees, plus post-judgment interest at the legal rate until the judgment is satisfied.

This <u>29th</u> day of <u>       February       </u>, 2016.

By: <u>s/ CLARENCE COOPER</u>

Prepared By:

By: <u>/s/ Julie E. Adkins</u>
Robert R. Ambler, Jr.
State Bar No. 014462
Jennifer S. Collins
State Bar No. 436806
Julie E. Adkins
State Bar No. 871742
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363-1017
Phone: (404) 872-7000
rambler@wcsr.com
jennifer.collins@wcsr.com
jadkins@wcsr.com

*Attorneys for Branch Banking & Trust Company*

U.S. District Court

Northern District of Georgia
Notice of Electronic Filing

The following transaction was entered on 3/1/2016 at 9:14 AM EST and filed on 2/29/2016
Case Name: Branch Banking & Trust Company v. Waterside Properties, LLC et al
Case Number: 1:15-cv-02051-CC
Filer:
Document Number: 9

Docket Text:
DEFAULT JUDGMENT in favor of BB&T against Paul H. Robinson, Jr, Waterside Properties, LLC jointly and severally in the amount of $1,147,817.95. (dob)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist--

1:15-cv-02051-CC Notice has been electronically mailed to:

Jennifer Saffold Collins    jennifer.collins@wcsr.com, pkrause@wcsr.com

Julie Elizabeth Adkins    jadkins@wcsr.com, tstracke@wcsr.com

Robert Riles Ambler , Jr    rambler@wcsr.com, tstracke@wcsr.com

1:15-cv-02051-CC Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=3/1/2016] [FileNumber=7648282-0]
[71a16f7f814669d0bebb8a3537d24dd8352426471aeb35fe501ddf2385cac61d2bca
07b0fe84d5dfaba9af70c787f223e2a0beead6b7eea3285720c2e593a828]]